# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

**TX 8-119-891**

Effective Date of Registration:
November 19, 2015

## Title

| | |
|---|---|
| Title of Work: | Computer Program for a GENERATION B Typeface Font |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2009 |
| Date of 1st Publication: | February 04, 2009 |
| Nation of 1st Publication: | United States |

## Author

| | |
|---|---|
| Author: | Harold Lohner, doing business as Harold's Fonts |
| Author Created: | computer program |
| Work made for hire: | No |
| Citizen of: | United States |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Harold Lohner, doing business as Harold's Fonts |
| | 777 Western Avenue, Albany, NY, 12203, United States |

## Rights and Permissions

| | |
|---|---|
| Organization Name: | Harry Warren d/b/a BREAUHARE FONTS |

## Certification

| | |
|---|---|
| Name: | Frank J. Martinez, Esq. |
| Date: | November 19, 2015 |
| Applicant's Tracking Number: | 1079-111 |