# Generation B

computer font v1.0
©2009 Harold Lohner
http://www.haroldsfonts.com
HLohner@aol.com

Inspired by the opening titles of the Walt Disney film, *The Parent Trap* (1961), designed by T. Hee, Bill Justice and Xavier Atencio

This special font needs a little care to make it work best.

Generation B is basically an all-caps font: big ones in the uppercase keyboard positions and small ones in the lowercase, with a few exceptions and alternates as part of the style.



**This font employs kerning which is essential to the proper spacing. If your software does not support kerning, your results may be unsatisfactory.**

1. Type, edit and spell-check your text in any font, then change it to Generation B.

2. Use all small caps (lowercase positions) or Title Case Like This. Don't use ALL BIG CAPS; they were not designed to fit well together.

3. Now go back through your text carefully, breaking up double letters and substituting some large caps here and there for the desired offbeat, hand-lettered effect. This could range from every other to every sixth character.

4. The large caps that extend over or under the small caps are good choices.

CoEDFeGoKyLwQuRaStSoTrEthZy

5. Consider the alternate characters for variety and fit.

| For: | E | g | i | o | R | y | S | T | T | Ss |
|---|---|---|---|---|---|---|---|---|---|---|
| Type: | \ | \| | } | { | _ | ] | ^ | [ | † | ß |

6. Have fun experimenting and substituting to suit your text, but avoid overlapping or colliding characters.

7. For more variety, try varying the baseline of individual characters, especially numbers, punctuation and the like.

Font name: Generation B
Version: Macromedia Fontographer 4.1.3 12/28/08
TrueType Outlines

ABCDEFGHIJKLMNOPQRSTUVWXYZ ABCDEFGHIJKLMNOPQRSTUVWXYZ
1234567890.:;'"(!?)+-*/=

12  THE QUICK BROWN FOX JUMPS OVER THE LAZY DOG. 1234567890

18  THE QUICK BROWN FOX JUMPS OVER THE LAZY DOG. 1234567890

24  THE QUICK BROWN FOX JUMPS OVER THE LAZY DOG. 1234567890

36  THE QUICK BROWN FOX JUMPS OVER THE LAZY D

48  THE QUICK BROWN FOX JUMPS OVER

60  THE QUICK BROWN FOX JUMP

72  THE QUICK BROWN FOX

