



{00025030 v.1}



{00025030 v.1}



{00025030 v.1}



{00025030 v.1}



{00025030 v.1}





{00025030 v.1}



{00025030 v.1}



{00025030 v.1}



{00025030 v.1}

Hasbro Style Guide Sets on Behance   https://www.behance.net/gallery/417900/Hasbro-S

